UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 3, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EDMUND BURCH, )<br>Defendant. )<br>)<br>_____ ) | Case No. MAG. 09-0076-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EDMUND BURCH, Case No. MAG. 09-0076-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__   Release on Personal Recognizance

  ____   Bail Posted in the Sum of: $

      ____   Unsecured Appearance Bond

      ____   Appearance Bond with Surety

  __X__   (Other) <u>Conditions as stated on the record.</u>

  ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   03/03/09   at 2:56pm

By _____
Edmund F. Brennan
United States Magistrate Judge

Edmund Burch Docket No.: MAG 09-0076-EFB
Proposed Additional Condition of Release Pending Adjudication of the ViolationPetition

1. As directed by the probation officer, the defendant shall participate in an inpatient substance abuse treatment program to obtain assistance for drug or alcohol abuse for up to 90 days. During this time the defendant shall not consume alcohol. Placement is to commence as soon as practicable after the defendant's release from custody.